■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v KALEB GALLOWAY, Appellant. [789 NYS2d 693]—Appeal by the defendant from an amended judgment of the County Court, Dutchess County (Dolan, J.), rendered September 23, 2003, revoking a sentence of probation previously imposed by the same court, upon his admission that he had violated a condition thereof, and imposing a sentence of imprisonment upon his previous conviction of operating a motor vehicle while ability impaired by drugs.

Ordered that the amended judgment is affirmed.

We have reviewed the record and agree with the defendant's assigned counsel that there are no nonfrivolous issues which could be raised on appeal. Counsel's application for leave to withdraw as counsel is granted (*see Anders v California,* 386 US

738 [1967]; *People v Paige,* 54 AD2d 631 [1976]; *cf. People v Gonzalez,* 47 NY2d 606 [1979]). Florio, J.P., Krausman, Crane, Rivera and Fisher, JJ., concur.